UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOFFREY LAGADIA,                                   No. C 08-4115 SI (pr)

        Petitioner,                          **JUDGMENT**

    v.

BEN CURRY, warden,

        Respondent.
                             /

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: October 4, 2010

_____
SUSAN ILLSTON
United States District Judge